IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AMANDA ELISE DYALS,

      Appellant,

 v.                          Case Nos.   5D21-1905
                                                 5D21-1907
                         LT Case Nos.  2020-CF-3495-A-X
                                                 2017-CF-3873-B-X

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed August 9, 2022

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and
Susan A. Fagan, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, Roberts J. Bradford, Jr. and
Kristen L. Davenport, Assistant Attorney
Generals, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, HARRIS and NARDELLA, JJ., concur.